# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MORENO O/B/O MINOR A.J.M., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.  1:24-cv-01540-BAM <br><br> ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS <br><br> (Doc. 2) <br><br> TWENTY-ONE DAY DEADLINE |

On December 17, 2024, Plaintiff Nancy Moreno on behalf of minor A.J.M. ("Plaintiff"), through counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration.  (Doc. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2). However, Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports that she is employed, taking home approximately $4,000.00 per month, and receiving biweekly pay.  (Doc. 2 at 1.)  Additionally, Plaintiff reports that her husband is working and also earning $4,000.00 per month.  (*Id.*)  She also indicates that she has only $3.00 in a checking account and identifies four persons dependent upon her for support, including two

adults. However, Plaintiff does not identify the amount she contributes to their support. (*Id.* at 2.)

Having considered the application, the Court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;
2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated: __**December 18, 2024**__         /s/ *Barbara A. McAuliffe*_
                                         UNITED STATES MAGISTRATE JUDGE

2