# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| on behalf of A.J.M., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.  1:24-cv-01540-BAM <br><br> ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE <br><br> FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED <br><br> (Docs. 2, 7) <br><br> **FOURTEEN (14) DAY DEADLINE** |

On December 16, 2024, Plaintiff Nancy Moreno on behalf of minor A.J.M. ("Plaintiff"), through counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.)  On December 18, 2024, the Court ordered Plaintiff to complete and file a long form application as Plaintiff's application was insufficient for the Court to determine if Plaintiff was entitled to proceed without prepayment of fees in the action, noting that Plaintiff indicated that she and her husband received $4,000.00 per month each from employment and that Plaintiff did not identify the amount she contributed to dependents.  (Doc. 4.)  On January 8, 2025, Plaintiff filed a long

1   form motion to proceed in forma pauperis. (Doc. 7.)

2   According to Plaintiff's long form application, she receives monthly income from
3   employment in the amount of $4,000.00 per month and her spouse also receives monthly income
4   from employment in the amount of $4,000.00 per month. (Doc. 7 at 1-2.) This amounts to an
5   annual income of $96,000.00 ($8,000.00 x 12 months). Plaintiff lists two dependents – a 13-year-
6   old daughter and 11-year-old son. (Doc. 7 at 3.) Plaintiff also appears to provide some level of
7   support for her mother. (*Id.* at 3.)

8   "To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that
9   because of poverty, they cannot meet court costs and still provide themselves, and any
10  dependents, with the necessities of life." *Soldani v. Comm'r of Soc. Sec.*, No. 1:19-cv-00040,
11  2019 WL 2160380, at *1 (E.D. Cal. Jan. 31, 2019). Many courts look to the federal poverty
12  guidelines set by the United States Department of Health and Human Services ("HHS") as a
13  guidepost in evaluating in forma pauperis applications. *See Martinez v. Kristi Kleaners, Inc.*, 364
14  F.3d 1305, 1307 n.5 (11th Cir. 2004); *Boulas v. United States Postal Serv.*, No. 1:18-cv-01163-
15  LJO-BAM, 2018 WL 6615075, at *1 (E.D. Cal. Nov. 1, 2018) (applying federal poverty
16  guidelines to in forma pauperis application). For a family or household of four, the 2025 poverty
17  guideline is $32,150, while the 2025 poverty guideline is $37,650 for a family or household of
18  five. *See U.S. Federal Poverty Guidelines Used to Determine Financial Eligibility for Certain*
19  *Federal Programs*, available at https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-
20  guidelines (last visited January 24, 2025).

21  Having considered Plaintiff's application, the Court finds that she has not made the
22  showing required by section 1915 that she is unable to pay the required fees for this action.
23  Plaintiff has attested to household employment income that is more than double the federal
24  poverty guidelines. (Doc. 7.) In light of this, there is no indication that Plaintiff is unable to pay
25  the filing fee while also providing for the necessities of life. Accordingly, the Clerk of the Court
26  is HEREBY DIRECTED to randomly assign a District Judge to this action.

27  ///
28  ///

Furthermore, it is HEREBY RECOMMENDED that:

1. Plaintiff's application to proceed without prepayment of fees and costs (Docs. 2, 7) be DENIED; and

2. Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." **Objections, if any, shall not exceed fifteen (15) pages or include exhibits. Exhibits may be referenced by document and page number if already in the record before the Court. Any pages filed in excess of the 15-page limit may not be considered**. The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **January 27, 2025**          /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

3