**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.J.M., by and through his guardian ad litem NANCY MORENO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:24-cv-01540 JLT BAM<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>(Docs. 2, 7, 9) |

　　A.J.M, a minor, seeks judicial review of the decision denying his application for Social Security benefits, by and through his guardian ad litem Nancy Moreno.  Plaintiff moved to proceed *in forma pauperis* in this matter, and Ms. Moreno filed an application identifying the household income. (Docs. 2, 7.)  The magistrate judge found Ms. Moreno had sufficient income and did not satisfy the requirements of 28 U.S.C. § 1915.  (Doc. 9 at 2.)  Therefore, the magistrate judge recommended the Court deny the application and direct payment of the filing fee.  (*Id.* at 3.)

　　The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (Doc. 9 at 3.)  The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'rights to challenge the magistrate judge's factual findings' on appeal."  (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.  On February 10, 2025, the Court received payment of the filing fee in full.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated January 27, 2025 (Doc. 9) are **ADOPTED** in full.
2. Plaintiff's motions to proceed *in forma pauperis* (Docs. 2, 7) are **DENIED**.

IT IS SO ORDERED.

Dated: **February 12, 2025**

UNITED STATES DISTRICT JUDGE

2