UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MORENO on behalf of A.J.M., <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK, <br> Acting Commissioner of Social Security[1], <br><br> Defendant. | Case No.: 1:24-cv-01540 JLT BAM <br><br> ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) (Doc. 16) <br><br> ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF NANCY MORENO o/b/o A.J.M. AND AGAINST DEFENDANT LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY |

Nancy Moreno, on behalf of A.J.M., and the Acting Commissioner of Social Security stipulated to a voluntary remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Doc. 16.) Pursuant to the stipulation, the administrative law judge shall issue a new decision. (*Id.* at 1.) Based upon the terms of the stipulation, judgment should be entered in favor of Plaintiff and against the Commissioner. Accordingly, the Court **ORDERS**:

    1.    The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

///

///

---

[1] Leland Dudek became the Acting Commissioner of Social Security in February 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek is substituted as the defendant in this action.

1

2. The Clerk of Court is directed to enter judgment in favor of Nancy Moreno on behalf of A.J.M. and against Defendant Leland Dudek, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**April 29, 2025**__

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE