**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY MORENO on behalf of A.J.M., ) | Case No.: 1:24-cv-01540 JLT BAM |
| Plaintiff, ) ) | ORDER AWARDING ATTORNEY'S FEES AND COSTS |
| v. ) ) | (Doc. 20) |
| FRANK BISIGNANO, ) Commissioner of Social Security[1], ) ) | |
| Defendant. ) | |

Nancy Moreno, on behalf of A.J.M., and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees in the amount of $1,070.32 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs in the amount of $405.00 pursuant to 28 U.S.C. § 1920.  (Doc. 18 at 1-3.)  Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees the amount of $1,070.32 under 28 U.S.C. § 2412(d) and $405.00 under 28 U.S.C. § 1920, for a total award of **$1,475.32**.

IT IS SO ORDERED.

Dated: __**July 31, 2025**__                               _____
                                                                              UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.